UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ROBERT RAY WILLIAMS III )
)
Plaintiff, )
)
v. ) Case No. CV 304-157
)
RANDY KIGHT, Sergeant, )
Montgomery State Prison )
)
Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**.[1]

So ORDERED.

Dated: June _, 2005

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is **DIRECTED** to **TERMINATE** the miscellaneous motions filed by Plaintiff. (Docs. 6-8).

# United States District Court
## Southern District of Georgia

ROBERT RAY WILLIAMS, III )
_____ )
                          )
vs                        )  CASE NUMBER CV304-157
                          )
RANDY KIGHT, Sergeant     )  DIVISION DUBLIN
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated June 7, 2005, which is part of the official record of this case.

Date of Mailing:      June 7, 2005

Date of Certificate   ☐ same date,   or _____

Scott L. Poff, Clerk

By: _____
    Deputy Clerk

**Name and Address**

Robert Ray Williams, III, GDC#928115, Montgomery State Prison, P.O. Box 256, Mt. Vernon, GA 30445

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate